J. G. &. M. C. BLAIN, TRUSTEES, APPELLANTS, VS. AGNES T. TAYLOR AND HEBER TAYLOR, AS ADMINISTRATORS OF THE ESTATE OF J. T. COPELAND, DECEASED, APPELLEES.

Appeal from Circuit Court Clay county.

*A. W. Cockrell & Son* and *P. C. Fisher*, for Appellants.

*John C. Cooper*, for Appellees.

The bill in this case was filed by the appellees' intestate, against J. T. Copeland, against the appellants. There was decree for the complainants, and the de-defendants appeal.

Appeal dismissed on motion of counsel for appellees; counsel for appellants consenting thereto.